# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANNE B. PLATTE

VERSUS

MICHAEL E. PLATTE

NO. 2025 CW 0765

**AUGUST 14, 2025**

---

In Re: Michael E. Platte, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 224119.

---

**BEFORE: McCLENDON, C.J., STROMBERG AND BALFOUR, JJ.**

**STAY DENIED; WRIT DENIED.**

TPS
KEB

**McClendon, C.J.,** would not consider the writ. The writ application did not include a copy of the signed judgment in violation of Rule 4-5(C)(6)of the Uniform Rules of Louisiana Courts of Appeal.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT